Thomas D. Smith, Esquire (ISB No. 8206)
**SPINNER, WOOD & SMITH**
1335 East Center - P.O. Box 6009
Pocatello, Idaho  83205-6009
Telephone:  (208) 232-4471
FAX: (208) 232-1808
Email: tsmith8206@cableone.net

Attorneys for R. Sam Hopkins, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In the Matter of: | ) | Case No. 20-40042-JMM |
|---|---|---|
|  | ) |  |
| PAULA LYNNE ZIEGLER, | ) | Chapter 7 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**MOTION TO TURNOVER ESTATE PROPERTY**

---

OPPORTUNITY TO OBJECT AND FOR A HEARING

No Objection. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen (14) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection.  Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

Hearing on Objection. The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

COMES NOW R. Sam Hopkins, Trustee, by and through his attorneys, pursuant to 11 U.S.C. § 542(a), and moves the Court for an order requiring the Debtor to turnover estate property. This motion is based on the following grounds:

**MOTION TO TURNOVER ESTATE PROPERTY - 1**

1. The Debtor scheduled the following property and claims it fully or partially exempt:

   a. 2019 Mercedes GLC 300 SUV;
   b. 2017 Trails West horse trailer;
   c. Bicycle;
   e. Horse saddle and tack;
   f. Brown mink fur;
   g. Rolex watch;
   h. Diamond/sapphire ring/band; and
   i. Gold ring.

2. The Trustee believes the value of the property listed above likely exceeds the claimed exemptions.

3. Pursuant to 11 U.S.C. § 521(a)(4), the Debtor has a duty to surrender all estate property to the Trustee. On or about February 18, 2020, the Trustee's office contacted the Debtor's counsel's office and demanded that the Debtor surrender the property listed above. The Debtor has so far refused to surrender the property.

4. Pursuant to 11 U.S.C. § 542(a), the Debtor must surrender all estate property that the Trustee may use, sell, or lease under 11 U.S.C. § 363, and that the Debtor may exempt under 11 U.S.C. § 522.

WHEREFORE, the Trustee requests that the Court enter an order requiring the Debtor to surrender the property listed above to the Trustee.

DATED February 27, 2020.

          SPINNER, WOOD & SMITH


          By:  /s/_____
               Thomas D. Smith

**MOTION TO TURNOVER ESTATE PROPERTY - Page 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on February 27, 2020, I served a true and correct copy of the foregoing document as follows:

| | |
|---|---|
| U.S. Trustee<br><br>ustp.region18.bs.ecf@usdoj.gov | [ ] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[x] ECF Notice<br>[ ] Facsimile |
| Ryan E. Farnsworth<br><br>ryan@averylaw.net | [ ] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[x] ECF Notice<br>[ ] Facsimile |
| Paula Lynne Ziegler<br>1966 North Tatonka Lane<br>Inkom, Idaho 83245 | [x] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[ ] ECF Notice<br>[ ] Facsimile |

By: /s/_____
    Thomas D. Smith