UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

IN RE:

Ziegler, Paula Lynne

Debtor(s)

CASE NO. 20-40042

CHAPTER 7 TRUSTEE'S INITIAL STATUS REPORT AND MINUTES OF 341(a) MEETING OF CREDITORS

Date of 341(A) Meeting: 02/12/2020    Location of Meeting: <u>Pocatello</u>
Name of Trustee: <u>R. Sam Hopkins</u>    Date Case Filed: 01/14/2020
Tape No. 023    Tape Location:

Debtor:  (X) Sworn and Examined (  ) Did Not Appear (  ) Appeared
Debtor Address Change: _____
Debtor Attorney: Ryan E Farnsworth (X) Present (  ) Not Present (  ) Pro Se
Creditors Appearing:  (  ) None
<u>THOMAS SMITH APPEARED FOR THE BANKRUPTCY ESTATE. RON KERL APPEARED ON BEHALF OF THE MORROWS</u>

**ACTION ITEMS:**
(X)    341(a) Meeting Continued to:
(  ) Dismiss for Failure of Debtor and/or Attorney to Appear
(X) Discharge Information Given to Debtor
(  ) Unscheduled Assets Identified
(  ) Do Not Dismiss -- Trustee Intends to Pursue Assets -- Trustee will file complaint to deny or revoke discharge if necessary

**GENERAL COMMENTS:**
(X) Debtor Examined
(X)  Schedules and Statement of Affairs Filed
(X)  Statement of Income and Expenditures Filed
(X)  Debtor Informed Of Failure to Cooperate With Trustee or U.S. Trustee or Submit Required Reports Constitute Grounds for Dismissal
(X)  Debtor Read and Understands Both Statement of Information Required By 11 U.S.C. §341 and Statement Furnished By R. Sam Hopkins, Trustee

/s/ R. Sam Hopkins
R. SAM HOPKINS, TRUSTEE