Ryan E. Farnsworth
ISB No. 8885
Avery Law
770 South Woodruff Avenue
Idaho Falls, ID  83401
Telephone: (208) 524-2015
Facsimile:   (208) 524-2051

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Case No. 20-40042-JMM |
| | ) | |
| Paula Ziegler | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |

DEBTORS RESPONSE TO TRUSTEE'S MOTION TO DISMISS

Comes now Debtor, Paula Ziegler, by and through Avery Law and responds to Trustee's Motion for Turnover as follows:

Debtor believes that allowed claims in this case will total far less than $10,000. Trustee has control of nearly $100,000 of Debtor's funds already. Therefore it would be wasteful to liquidate additional assets at a cost of at least 20% of value (when factoring costs of sale and buyer's premiums reducing overall sale price).

Debtor can provide proof of adequate protection in the form of full coverage insurance for the Mercedes vehicle.

Wherefore, Debtor respectfully requests that Trustee's Motion for Turnover be denied, or that Trustee be ordered to retain property without selling it unless and until additional claims are

filed.

DATED this 16th day of March, 2020

                                        */s/Ryan E Farnsworth*
                                        Ryan E. Farnsworth
                                        Attorney for Debtor

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 16th of March, 2020, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

R. Sam Hopkins @ ECF email

Thomas Smith @ ECF email

U S Trustee @ ustp.region18.bs.ecf@usdoj.gov

And, I hereby certify that I served a true and correct copy of the foregoing document upon the following person(s) by mailing with the necessary postage affixed thereto:

Paula Ziegler
1966 N Tatonka Lane
Inkom, ID 83245

/s/ Tina Jensen
Tina Jensen
Case Administrator