Thomas D. Smith, Esquire (ISB No. 8206)
**SPINNER, WOOD & SMITH**
1335 East Center - P.O. Box 6009
Pocatello, Idaho 83205-6009
Telephone: (208) 232-4471
FAX: (208) 232-1808
Email: tsmith8206@cableone.net

Attorneys for R. Sam Hopkins, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| In the Matter of: | ) | Case No. 20-40042-JMM |
| | ) | |
| PAULA LYNNE ZIEGLER, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION FOR RULE 2004 EXAMINATION

### OPPORTUNITY TO OBJECT AND FOR A HEARING

<u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen (14) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection.</u> The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW R. Sam Hopkins, Trustee, by and through his attorneys, pursuant to Rule 2004, Federal Rules of Bankruptcy Procedure, and Rule 2004.1, Local Bankruptcy Rules of Procedure, and respectfully moves this Court for an order setting an examination and requiring document production as follows:

MOTION FOR RULE 2004 EXAMINATION - 1

1. <u>Person to be examined</u>: The Trustee seeks to an order to examine Terry Foy Hudgens to inquire into the bankruptcy estate's interest in Las Plumas Developers, LLC. The Debtor and Mr. Hudgens each own fifty percent interests in Las Plumas Developers, LLC.

2. <u>Document production</u>: The Trustee seeks an order for Mr. Hudgens to produce the following documents **at least seven days before** the examination:

    a. A copy of the Las Plumas Developers, LLC operating agreement;
    b. All documents regarding any loans Mr. Hudgens made to Las Plumas Developers, LLC and any default by the Debtor;
    c. Listing agreements with Erik Christiansen to market and sell real property owned by Las Plumas Developers, LLC; and
    d. All documents regarding the pending sale of real property owned by Las Plumas Developers, LLC.

3. <u>Time and place of examination</u>: The Trustee requests that the examination take place on **May 20, 2020, at 10:00 a.m.** at the offices of Spinner, Wood & Smith, 1335 East Center Street in Pocatello, Idaho, unless other arrangements are made in advance with the Trustee. Upon information and belief, Mr. Hudgens resides at 6670 North Lower Cascade Drive in Jackson, Wyoming, which is approximately 140 miles from the location of the examination. Nonetheless, Mr. Hudgens shall appear for the examination remotely by telephone or internet video conference as provided by the court reporter. The Trustee will provide instructions for Mr. Hudgens to appear before the time of the examination. The requested documents should be sent to the Trustee by email at tsmith8206@cableone.net, by mail at Spinner, Wood & Smith, 1335 East Center Street, Pocatello, Idaho 83201, or by fax to (208) 232-1808.

DATED April 6, 2020.

SPINNER, WOOD & SMITH

By /s/ _____
Thomas D. Smith

MOTION FOR 2004 EXAMINATION - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on April 6, 2020, I served a true and correct copy of the foregoing document as follows:

| | |
|---|---|
| U.S. Trustee<br><br>ustp.region18.bs.ecf@usdoj.gov | [ ] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[x] ECF Notice<br>[ ] Facsimile |
| Ryan E. Farnsworth<br><br>ryan@averylaw.net | [ ] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[x] ECF Notice<br>[ ] Facsimile |
| Paula Lynne Ziegler<br>1966 North Tatonka Lane<br>Inkom, Idaho 83245 | [x] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[ ] ECF Notice<br>[ ] Facsimile |
| Terry Hudgens<br>6670 North Lower Cascade Drive<br>Jackson, Wyoming 83001 | [x] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[ ] ECF Notice<br>[ ] Facsimile |

By: /s/ _____
Thomas D. Smith

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of **Idaho**

In re **Paula Ziegler**
Debtor

(Complete if issued in an adversary proceeding)

Case No. **20-40042-JMM**

Chapter **7**

Plaintiff
v.

Adv. Proc. No. _____

Defendant

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: **Terry Foy Hudgens**
(Name of person to whom the subpoena is directed)

[x] *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: **(refer to attached Exhibit A)**

| PLACE | DATE AND TIME |
|---|---|
| Spinner, Wood & Smith, 1335 East Center Street Pocatello, Idaho 83201 | May 13, 2020, at 10:00 a.m. |

[ ] *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: **April 6, 2020**

CLERK OF COURT

_____      OR      _____
Signature of Clerk or Deputy Clerk              Attorney's signature

The name, address, email address, and telephone number of the attorney representing *(name of party)* **R. Sam Hopkins, Trustee**, who issues or requests this subpoena, are: **Thomas D. Smith, Spinner, Wood & Smith, 1335 East Center Street, Pocatello, Idaho 83201, tsmith8206@cableone.net, (208) 232-4471**

Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# EXHIBIT A

## DOCUMENT PRODUCTION

1. A copy of the Las Plumas Developers, LLC operating agreement;

2. All documents regarding any loans Terry Foy Hudgens made to Las Plumas Developers, LLC and any default by Debtor Paula Ziegler;

3. Listing agreements with Erik Christiansen to market and sell real property owned by Las Plumas Developers, LLC; and

4. All documents regarding the pending sale of real property owned by Las Plumas Developers, LLC.