Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 20-40042-JMM |
| PAULA LYNNE ZIEGLER, | Chapter 7 |
| Debtor. | |

## DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 11

The Debtor, Paula Lynne Ziegler, by and through her counsel of record, Matthew T. Christensen, of the firm ANGSTMAN JOHNSON, and pursuant to 11 U.S.C. §706(a) and Fed. R. Bankr. Proc. 1017(f)(2) and 9013, moves this Court for an entry of an order converting this matter from Chapter 7 to Chapter 11 of the United States Bankruptcy Code proceeding under Subchapter V of Chapter 11.[1] The Debtor may be a Debtor pursuant to Chapter 11 of the Code, and this Case has not been converted prior to the filing of this Motion.

DATED this 13th day of April, 2020.

_____/s/ Matt Christensen_____
Matthew T. Christensen
Attorney for Debtor

---

[1] In the event the Court orders the conversion of this Case, the Debtor intends to file an Amended Petition designating the Subchapter V election.

DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 11 – Page 1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of April, 2020, I filed the foregoing DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 11 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Ryan E. Farnsworth | ryan@averylaw.net |
| R. Sam Hopkins | AWilliams32@cableone.net |
| Allen H. Ickowitz | aickowitz@nossaman.com |
| R. Ron Kerl | Ron@cooper-larsen.com |
| Thomas Daniel Smith | tsmith8206@cableone.net |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |

Any others as listed on the Court's ECF Notice.

/s/ Matt Christensen
Matthew T. Christensen