Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>PAULA LYNNE ZIEGLER,<br><br>Debtor. | Case No. 20-40042-JMM<br><br>Chapter 7 |

### VERIFIED STATEMENT OF MATTHEW T. CHRISTENSEN IN SUPPORT OF APPLICATION TO EMPLOY COUNSEL FOR DEBTOR

STATE OF IDAHO   )
                 ) ss:
COUNTY OF ADA    )

MATTHEW T. CHRISTENSEN, being first duly sworn upon oath, deposes and says:

1. I am a practicing attorney and a partner with the law firm of Angstman Johnson with offices at 199 N. Capitol Blvd, Ste 200, Boise, Idaho 83703, (208) 384-8588.

2. I have read the application of Paula Lynne Ziegler, for authority to employ and retain counsel.

3. I have not received a retainer from the Debtor, as she is already a Chapter 7 Debtor and has no funds with which to pay a retainer. Pre-appearance fees and expenses will be paid from funds in the bankruptcy estate, provided the conversion and application to employ are approved.

VERIFIED STATEMENT OF COUNSEL – PAGE 1

4. I and the law firm of Angstman Johnson have no connection with the Debtor other than a consult related to this bankruptcy case.

5. I and the law firm of Angstman Johnson have no connection with any personnel employed in the Office of the United States Trustee, the creditors or any party in interest, nor with their respective attorneys or accountants, other than normal professional relationships with attorneys and accountants, and other than the following:

   a. Prior to our appearance, we were consulted by Roy Ziegler on behalf of his entities 308-310 E Deshler, LLC, and Lagunita Holdings, LLC, specifically related to the adversary proceeding being pursued by the Chapter 7 Trustee, Adv. Case No. 20-08018-JMM. Additionally, I consulted with Mr. Ziegler related to the Trustee's most recent adversary complaint, Adv. Case No. 20-08019-JMM, against a Trust that Mr. Ziegler is the Trustee for, known as the Margaret Louise Vogelsang Revocable Trust. Mr. Ziegler paid us a retainer of $1,500.00 related to the LLC adversary (Adv. Case No. 20-08018). However, we have not applied any funds from that retainer and it remained in our client trust account. We have discontinued any further representation of Mr. Ziegler or his entities, who will be locating a different attorney for defense of the adversary proceedings. We will transfer the funds in our trust account to that attorney as soon as the new attorney is identified.

   b. We will not be representing Mr. Ziegler or his companies or the Trust in any capacity related to Ms. Ziegler's bankruptcy proceeding.

6. I believe I and the law firm of Angstman Johnson are disinterested persons as defined in 11 U.S.C. § 101(14) and represent no interest adverse to the debtor or bankruptcy estate

VERIFIED STATEMENT OF COUNSEL – PAGE 2

in matters upon which I am to be engaged, and believe that I and the law firm can undertake representation of the Debtor in this case without any type of restriction.

7. The hourly rates to be charged by myself and other professionals at my firm are outlined in the engagement letter between my firm and Debtor, a copy of which is attached to the Application to Employ as **Exhibit A**.

DATED this 13th day of April, 2020.

/s/ Matt Christensen
Matthew T. Christensen

SUBSCRIBED AND SWORN to before me this 13th day of April, 2020.

/s/ Megan Richmond
[SEAL]    Notary Public of Idaho
Commission Expires: 3/2/2021

VERIFIED STATEMENT OF COUNSEL – PAGE 3