Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>PAULA LYNNE ZIEGLER,<br><br>　　　　Debtor. | Case No. 20-40042-JMM<br><br>Chapter 7 |

**MOTION TO SHORTEN TIME**

The Debtor Paula Ziegler, by and through her counsel of record, Angstman Johnson, hereby moves the court for an order shortening the required time for notice of the hearing on her Motion to Convert (Docket No. 56 - the "Motion"), and her Application to Employ (Docket No. 57 - the "Application") such that a hearing may be held on the Motion and Application on Monday, April 27, 2020 at 1:30 p.m. This will be a telephonic hearing.

Due to the pending public health crisis caused by the COVID-19 virus (aka coronavirus), the Court only has limited hearing availability. During the next few weeks, the court's next available hearing date is April 27, 2020. The Chapter 7 Trustee has been actively pursuing both turnover of Debtor assets, as well as recovery of additional claims and sums. Because of this ongoing activity by the Chapter 7 Trustee, and the likelihood of conversion, the Debtor seeks to avoid additional Chapter 7 administrative claims by resolving the issues as expeditiously as

MOTION TO SHORTEN TIME – Page 1

possible.  Due to the nature of the requests in the Motion and Application, the Debtor does not anticipate significant objection to the Motion or Application.  The Motion and Application normally would require notice of at least twenty-one days (see Rule 2002(a)) – this request would shorten that time to fourteen days, approximately seven days less than required.

Based on the foregoing, the Debtor requests the court allow shortened time for the notice of hearing on the Motion and Application.

DATED this 13th day of April, 2020.

       /s/ Matt Christensen
Matthew T. Christensen
Attorney for Debtor

MOTION TO SHORTEN TIME – Page 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of April, 2020, I filed the foregoing NOTICE OF HEARING electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Ryan E. Farnsworth | ryan@averylaw.net |
| R. Sam Hopkins | AWilliams32@cableone.net |
| Allen H. Ickowitz | aickowitz@nossaman.com |
| R. Ron Kerl | Ron@cooper-larsen.com |
| Thomas Daniel Smith | tsmith8206@cableone.net |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |

Any others as listed on the Court's ECF Notice.

                                                     /s/ Matt Christensen
                                                  Matthew T. Christensen