UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 20-40042-JMM |
|---|---|
| PAULA LYNNE ZIEGLER, | Chapter 7 |
| Debtor. | |

**ORDER SHORTENING TIME FOR NOTICE OF HEARING**

The Court having reviewed and considered the Motion to Shorten Time (Docket No. 59), and good cause appearing therefore,

IT IS HEREBY ORDERED that the Debtor is allowed to shorten the time for notice of hearing on the Motion to Convert (Docket No. 56), and the Application to Employ (Docket No. 57), and a hearing shall be granted, such hearing to take place on the 27th day of April, 2020, at 1:30 p.m.  This shall be a telephonic hearing.  The parties in this case must dial into the Court's conferencing phone number at least ten minutes prior to the commencement of the telephonic hearing using the following information:

Telephone number: 1-877-336-1829
Access Code:  5781287#
Security Code: 1234#

DATED:  April 14, 2020

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Order submitted by: Matthew T. Christensen, proposed counsel for the Debtor in Possession

Case 20-40042-JMM    Doc 62    Filed 04/14/20    Entered 04/14/20 16:25:29    Desc Main
Document    Page 2 of 2

Order submitted by: Matthew T. Christensen, proposed counsel for the Debtor in Possession