| | |
|---|---|
| Ron Kerl, Esq., ISB #1768<br>**COOPER & LARSEN, CHARTERED**<br>151 North Third Avenue, Suite 210<br>P.O. Box 4229<br>Pocatello, ID 83205-4229<br>Telephone:     (208) 235-1145<br>Facsimile:      (208) 235-1182<br>Email: ron@cooper-larsen.com | Allan H. Ickowitz, Esq. (*Pro Hac Vice*)<br>**NOSSAMAN LLP**<br>777 South Figueroa Street, 34th Floor<br>Los Angeles, CA 90017<br>Telephone:     (213) 612-7800<br>Facsimile:      (213) 612-7801<br>Email: aickowitz@nossaman.com |

*Attorneys for James Scott Morrow, Danielle Morrow,*
*and Morrow Ranch La Quinta, LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>PAULA LYNNE ZIEGLER,<br><br>          Debtor, | Case No. 20-40042-JMM<br><br>**CHAPTER 7** |

**OBJECTION BY JAMES SCOTT MORROW, DANIELLE MORROW AND MORROW RANCH LA QUINTA, LLC TO DEBTOR'S APPLICATION TO EMPLOY COUNSEL FOR DEBTOR**

COMES NOW James Scott Morrow, Danielle Morrow and Morrow Ranch La Quinta, LLC ("Objecting Creditors"), by and through their counsel of record, and submit the following Objection to the Debtor's Application to Employ Counsel for Debtor, Doc. No. 57 ("Application"):

1.    The Debtor filed the Application on April 13, 2020 concurrent with a Motion to Convert the within bankruptcy case to Subchapter V of Chapter 11 of the Bankruptcy Code. The Application seeks authority to employ the Angstman Johnson including Mr. Christensen of that firm pursuant to 11 U.S.C. § 1107 and § 327 to act as the Debtor's counsel as a debtor in possession in her Chapter 11 case. The Objecting Creditors are opposing the conversion motion

and oppose the Application as well. On its face, the Application discloses that it must be denied if the Debtor is not permitted to convert the within bankruptcy case since no request can be, or could be made to employ counsel at the expense of the bankruptcy estate in the Chapter 7 proceedings. Even if the motion to convert is granted and the Debtor is permitted to proceed as debtor in possession, the attorneys proposed to be employed are not disinterested persons and have a conflict of interest precluding their employment under 11 U.S.C. § 327. This is because of proposed counsel's prior engagement by parties adverse to the interests of creditors and the within bankruptcy estate on matters directly concerning proceedings in this bankruptcy case rendered during the within case as disclosed in paragraph 5 of the Verified Statement of Matthew T. Christensen (Docket No. 57-1) filed in support of the Application.

      WHEREFORE, Objecting Creditors respectfully request that the Court deny the Application.

      DATED this 20th day of April, 2020.

                                **COOPER & LARSEN, CHTD**.
                                **NOSSAMAN LLP**
                                *Attorneys for Scott James Morrow, Danielle Morrow and Morrow Ranch La Quinta, LLC*

                                By /s/Ron Kerl
                                    Ron Kerl

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 20th day of April, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| US Trustee<br>ustp.region18bs.ecf@usdoj.gov | Ron Kerl<br>ron@cooper-larsen.com |
| Thomas Daniel Smith<br>Tsmith8206@cableone.net | Matthew T. Christensen<br>mtc@angstman.com |
| Allan H. Ickowitz<br>aickowitz@nossaman.com | R. Sam Hopkins<br>AWilliams32@cableone.net |

AND, I HEREBY CERTIFY that I have mailed by United States Postal Service the foregoing document(s) to the following non-CM/ECF Registered Participant(s). (List names and mailing addresses):

Paula Lynne Ziegler
1966 N. Tatonka Ln.
Inkom, ID 83245

Prime Time Auctions
3400 S 5th
Pocatello, ID 83201

By /s/ Ron Kerl
Ron Kerl, Esq.

**Objection by James Scott Morrow, Danielle Morrow, and Morrow Ranch La Quinta, LLC to Debtor's Application to Employ Counsel for Debtor - Page 3**