| Ron Kerl, Esq., ISB #1768 | Allan H. Ickowitz, Esq. (*Pro Hac Vice*) |
| **COOPER & LARSEN, CHARTERED** | **NOSSAMAN LLP** |
| 151 North Third Avenue, Suite 210 | 777 South Figueroa Street, 34th Floor |
| P.O. Box 4229 | Los Angeles, CA 90017 |
| Pocatello, ID 83205-4229 | Telephone:     (213) 612-7800 |
| Telephone:     (208) 235-1145 | Facsimile:      (213) 612-7801 |
| Facsimile:      (208) 235-1182 | Email: aickowitz@nossaman.com |
| Email: ron@cooper-larsen.com | |

*Attorneys for James Scott Morrow, Danielle Morrow,*
*and Morrow Ranch La Quinta, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | | |
|---|---|---|
| In the Matter of: | ) | Case No. 20-40042-JMM |
| | ) | |
| PAULA LYNNE ZIEGLER, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## STIPULATION TO EXTEND TIME TO OBJECT TO THE DEBTOR'S DISCHARGE

COMES NOW R. Sam Hopkins, Trustee ("Trustee"), by and through his attorneys,  the Debtor, Paula Lynn Ziegler ("Debtor"), by and through her attorneys, and James Scott Morrow, Danielle Morrow and Morrow La Quinta, LLC ("Morrows") by and through their attorneys, and stipulate as follows:

1.      On July 1, 2020, the Court entered its Order Extending Time to Object to the Debtor's Discharge, Doc. 104 ("Extension Order") extending the deadline for the Trustee and creditors to object to the Debtor's discharge until August 11, 2020

2.      Insofar at the foregoing parties are negotiating documentation respecting the terms for dismissal of the within bankruptcy case and in the interim the Court has continued the telephonic hearing on the Debtor's motion to dismiss or convert the within bankruptcy case to

**STIPULATION REGARDING CONTINUANCE OF MOTION TO DISMISS   1**
57594715.v1

August 24, 2020.   The parties agree to extend the deadline for objecting to the Debtor's discharge so that no objection to discharge will need to be filed pending a determination whether the within bankruptcy case will be dismissed by stipulation or otherwise by court order.   As a result, the parties hereto request that the Court enter an order extending the deadline for the Trustee and creditors to object to the Debtor's discharge to and including September 15, 2020.


/s/ Sam Hopkins                                    8/5/2020
R. SAM HOPKINS, Chapter 7 Trustee        Date


SPINNER, WOOD & SMITH
Attorneys for R. Sam Hopkins, chapter 7 Trustee


By: /s/ Thomas D. Smith                        8/5/2020
      Thomas D. Smith                              Date


ANGSTMAN JOHNSON CHRISTENSEN & MAY PLLC
Attorneys for the Debtor


By: /s/ Matthew T. Christensen              8/7/2020
      Matthew T. Christensen                     Date


COOPER & LARSEN, CHTD.
NOSSAMAN LLP
*Attorneys for James Scott Morrow, Danielle Morrow and Morrow Ranch La Quinta, LLC*


By: /s/ Ron Kerl                                    8/10/2020
      Ron Kerl                                         Date


**STIPULATION REGARDING DISMISSAL OF BANKRUPTCY CASE - 2**
57594715.v1